# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADLYN SCOTT, on behalf of D.S., a minor,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00564-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>ECF No. 2<br><br>ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM<br><br>ECF No. 4 |

Plaintiff Madlyn Scott ("Plaintiff") seeks judicial review of the administrative decision denying D.S.'s claim for Social Security benefits. Plaintiff is bringing this action on behalf of her minor daughter, D.S.

On April 21, 2016, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 2.) On April 25, 2016, the Court ordered Plaintiff to either file a long form application to proceed in forma pauperis or to pay the filing fee because the original application was not adequately completed. (ECF No. 3.) Later that day, Plaintiff paid the filing fee. Therefore, Plaintiff's application to proceed in forma pauperis is denied as moot.

On April 25, 2016, the Court ordered Plaintiff to submit a motion for appointment of a guardian ad litem. (ECF No. 3.) Later that day, Plaintiff filed a motion to appoint guardian ad litem. (ECF No. 4.) Plaintiff indicated that she is the mother and legal guardian of D.S., a

minor, and that she is fully competent and qualified to understand and protect the rights of D.S. and has no interests adverse to the interests of D.S. (ECF No. 4.) Good cause appearing, the Court appoints Madlyn Scott as guardian ad litem for minor, D.S.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED as moot;
2. Plaintiff's motion to appoint Madlyn Scott as guardian ad litem for the minor, D.S., is GRANTED;
3. Madlyn Scott is appointed as guardian ad litem for the minor, D.S.; and
4. The Clerk of Court is DIRECTED to issue a summons.

IT IS SO ORDERED.

Dated:   **April 26, 2016**

UNITED STATES MAGISTRATE JUDGE