# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADLYN SCOTT, on behalf of D.S., a minor,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:16-cv-00564-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT ("EAJA")<br><br>(ECF No. 18) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**May 18, 2017**__

UNITED STATES MAGISTRATE JUDGE

1